# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> **Ashton Woods Holdings LLC, et al.,** <br>     **Plaintiffs,** <br><br> v. <br><br> **USG Corp., et al.,** <br>     **Defendants.** | **CIVIL ACTION** <br><br> **MDL No. 13-2437** <br><br> **15-cv-1712** |

## ORDER

**AND NOW** this 10th day of May, 2018, as set forth in the foregoing Memorandum, Defendants' Motion to Compel (ECF 287) is **DENIED** in substantial part. Plaintiffs' Motion for Protective Order (ECF 290) is **GRANTED** in part and **DENIED** in part.

                      **BY THE COURT:**

                      **/s/ Michael M. Baylson**

                      **MICHAEL M. BAYLSON** <br>
                      **United States District Court Judge**

O:\13-MD-2437 - drywall\15cv1712 Order on Discovery Dispute Memorandum.docx