## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | MDL NO. 2437<br>13-MD-2437 |
| THIS DOCUMENT RELATES TO:<br><br>*Ashton Woods Holdings, L.L.C., et al. v. USG Corp., et al.*, No. 2:15-cv-01712-MMB (E.D. Pa.) | **Honorable Michael M. Baylson**<br><br>**FILED UNDER SEAL** |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON CHOICE OF LAW