IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | MDL No. 2437<br>13-MD-2437<br><br>Honorable Michael M. Baylson |
| THIS DOCUMENT RELATES TO:<br><br>*Ashton Woods Holdings L.L.C., et al., v. USG Corporation, et al.*, Case No. 2:15-cv-01712 MMB (E.D. Pa.) | |

## HOMEBUILDER PLAINTIFFS' MOTION TO PRECLUDE THE TESTIMONY OF DEFENDANTS' EXPERT, DAVID A. HALL

Pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and Federal Rule of Evidence 702, Plaintiffs Ashton Woods Holdings L.L.C., Beazer Homes Holdings Corporation, CalAtlantic Group, Inc., D.R. Horton Los Angeles Holding Company, Inc., Hovnanian Enterprises, Inc., KB Home, Meritage Homes Corporation, M/I Homes, Inc., Pulte Home Corporation, The Drees Company, Toll Brothers, Inc., and TRI Pointe Homes, Inc. (collectively, "Homebuilder Plaintiffs"), by and through their undersigned counsel, respectfully move to preclude the testimony of Defendants' expert David A. Hall. As set forth more fully in the accompanying Memorandum In Support Of Motion To Preclude Testimony, Mr. Hall's opinions and methodologies do not meet the minimum thresholds of admissibility under Federal Rule of Evidence 702.

Pursuant to E.D. Pa. Local Rule 7.1(f), Homebuilder Plaintiffs respectfully request oral argument and a hearing on the Motion To Preclude The Testimony Of Defendants' Expert David A. Hall.

DATED: July 2, 2018                                 Respectfully Submitted,

                                                     */s/ Cindy Reichline*
                                                    Brian R. Strange
                                                    Keith Butler
                                                    Cindy Reichline
                                                    John Ceglia
                                                    Tyler Warner
                                                    **STRANGE & BUTLER LLP**
                                                    12100 Wilshire Blvd., Suite 1900
                                                    Los Angeles, CA 90025
                                                    Tel: (310) 207-5055
                                                    Fax: (310) 826-3210
                                                    bstrange@strangeandbutler.com
                                                    kbutler@strangeandbutler.com
                                                    creichline@strangeandbutler.com
                                                    jceglia@strangeandbutler.com

                                                    *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I, Cindy Reichline, hereby certify that on July 2, 2018, I caused a true and correct copy of the foregoing Homebuilder Plaintiffs' Motion to Preclude the Testimony of Defendants' Expert, David A. Hall to be filed electronically and it is available for downloading and viewing from the Court's ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's ECF system and service is being made on all parties through the ECF system.

                                        */s/ Cindy Reichline*
                                        Cindy Reichline