IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION | **MDL No. 2437**<br>13-MD-2437<br><br>**Honorable Michael M. Baylson** |
| THIS DOCUMENT RELATES TO:<br><br>*Ashton Woods Holdings, L.L.C., et al., v. USG Corporation, et al.*, Case No. 2:15-cv-01712 MMB (E.D. Pa.) | |

**HOMEBUILDER PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO PRECLUDE TESTIMONY OF DEFENDANTS' EXPERT, DAVID A. HALL**

**\*\*FILED UNDER SEAL\*\***