# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION** | **MDL No. 2437**<br>**13-MD-2437**<br><br>**Honorable Michael M. Baylson** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Ashton Woods Holdings L.L.C., et al., v. USG Corporation, et al.*, Case No. 2:15-cv-01712 MMB (E.D. Pa.) | |

### [PROPOSED] ORDER GRANTING HOMEBUILDER PLAINTIFFS' MOTION TO PRECLUDE THE TESTIMONY OF DEFENDANTS' EXPERT, DAVID A. HALL

**AND NOW,** this _____ day of _____, 2018, upon consideration of Homebuilder Plaintiffs' Motion to Preclude the Testimony of Defendants' Expert David A. Hall, all responses and replies thereto, all other pleadings and papers filed herein, and all other matters presented to the Court, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED**. The testimony of Mr. David A. Hall is **PRECLUDED**.

Dated: _____            _____
                                    HONORABLE MICHAEL M. BAYLSON
                                    UNITED STATES DISTRICT JUDGE