# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION  THIS DOCUMENT RELATES TO:  Ashton Woods Holdings LLC, et al., Plaintiffs,  v.  USG Corp., et al., Defendants | MDL NO. 2437  No. 13-2437  15-cv-1712 |

## ORDER RE: MOTION FOR SUMMARY JUDGMENT (CHOICE-OF-LAW)

**AND NOW**, this 8th day of July, 2019, for the reasons stated in the foregoing memorandum, upon consideration of Defendants' Motion for Summary Judgment on Choice-of-law (ECF 316), the response and reply thereto, and oral argument, it is hereby **ORDERED** as follows:

1. Defendant's Motion is **DENIED**, and California law will apply, as to claims brought by Plaintiffs in "repealer" states; and

2. Further briefing will be necessary for the Court to rule as to claims brought by Plaintiffs in "non-repealer" states.

                                                  **BY THE COURT:**

                                                  /s Michael M. Baylson
                                                  **Michael M. Baylson, U.S.D.J.**