# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DOMESTIC DRYWALL ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Ashton Woods Holdings LLC, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>USG Corp., et al.,<br>    Defendants | MDL NO. 2437<br><br>No. 13-2437<br><br>15-cv-1712 |

## ORDER RE: MOTION FOR SUMMARY JUDGMENT (CHOICE-OF-LAW)

**AND NOW**, this 24th day of July, 2019, upon consideration of Defendants' Motion for Summary Judgment on Choice-of-Law (ECF 316), the parties' Statements concerning supplemental briefing (ECF 394, 395), and the recorded telephone conference on July 18, 2019, and for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** as follows:

1. The Court will not allow any supplemental briefing on the issue of choice-of-law;

2. Defendants' Motion for Summary Judgment on Choice-of-Law is **DENIED** in its entirety; and

3. California law will apply to claims brought by Plaintiffs in both "repealer" and "non-repealer" states.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 15\15-1712 ashton woods v. usg\15cv1712 Order re MSJ CoL Supp..docx